**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, NV  89146
Tel:  702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Erroneously Named As Capital One Bank,
National Association

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIDEL DIAZ,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICES, LLC, CAPITAL ONE BANK, NATIONAL ASSOCIATION, AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | CASE NO.:  2:15-CV-01648-APG-CWH<br><br>*Assigned To The Hon. Judge Andrew P. Gordon; Referred To The Hon. Magistrate Judge Carl W. Hoffman*<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint Filed:      08/26/2015 |

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1 | Plaintiff Fidel Diaz ("Plaintiff"), by and through his counsel of record, and
2 | Defendant Capital One Bank (USA), N.A., erroneously named as "Capital One Bank
3 | National Association" ("Capital One"), by and through its counsel of record, hereby
4 | submit this stipulation to extend Capital One's time to file a responsive pleading to
5 | Plaintiff's Complaint by fifteen (15) days, as follows:

6 | **WHEREAS:**

7 | 1. Plaintiff filed the Complaint in this matter on August 26, 2015;

8 | 2. Capital One's deadline to file its responsive pleading to the Complaint is
9 | September 24, 2015;

10 | 3. The Parties agree that a brief extension of time for Capital One to file its
11 | responsive pleading to the Complaint would benefit both Parties because it will allow
12 | them to gather additional facts and information while continuing to devote their
13 | resources to exploring the potential for early resolution of this matter before incurring
14 | further fees and costs;

15 | 4. Capital One and Plaintiff have agreed to extend Capital One's current
16 | September 24, 2015 deadline to respond to Plaintiff's Complaint by fifteen (15) days
17 | to Friday, October 9, 2015;

18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One will file its responsive pleading to Plaintiff's Complaint on or before Friday, October 9, 2015.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED:  September 15, 2015 | **HAINES & KRIEGER, LLC** |
| | By: __/s/ *David H, Krieger*_____<br>DAVID H. KRIEGER<br>Nevada Bar No. 9086<br>Attorneys for Plaintiff<br>FIDEL DIAZ |
| DATED:  September 15, 2015 | **FERNALD LAW GROUP LLP** |
| | By: __/s/ *Brandon C. Fernald*_____<br>BRANDON C. FERNALD<br>Nevada Bar No.10582<br>Attorneys for Defendant,<br>CAPITAL ONE BANK (USA), N.A. |

### ORDER

The Court has reviewed the Stipulation filed by Plaintiff Fidel Diaz and Defendant Capital One Bank (USA), N.A., erroneously named as "Capital One Bank National Association" ("Capital One"), to extend Capital One's time to file a responsive pleading by fifteen (15) days. The Stipulation is incorporated herein by reference. Good cause appearing thereon, the Court hereby orders as follows:

Capital One's time to file a responsive pleading to the Complaint is hereby extended. Capital One shall file its responsive pleading to the Complaint on or before Friday, October 9, 2015.

**IT IS SO ORDERED.**

DATED: September 17, 2015                                    _____
                                                                                                    United States Magistrate Judge