GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER
& JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666
(702) 362-2203 Facsimile
gschnitzer@ksjattorneys.com
*Attorneys for Defendant, Green Tree Services, LLC
now known as Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FIDEL DIAZ,<br><br>              Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICES, LLC, CAPITAL ONE BANK, NATIONAL ASSOCIATION, AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>              Defendants. | Case No. 2:15-cv-01648-APG-CWH |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**
**(FIRST REQUEST)**

Defendant Green Tree Services, LLC now known as Ditech Financial LLC ("Defendant") and Plaintiff Fidel Diaz ("Plaintiff"), collectively referred to herein as the "Parties," hereby stipulate to the following:

1.   Plaintiff filed their Complaint against Defendant on or about August 26, 2015.

2.   Defendant was served with the complaint on August 31, 2015.

3.   Defendant's deadline to respond to Plaintiff's Complaint is currently set for September 21, 2015.

4.   In order to provide Defendant with additional time to obtain the necessary documents and information so it can prepare and draft a proper responsive pleading to Plaintiff's Complaint and determine if Plaintiff's Complaint has merit against them, the Parties hereby

agree that Defendant's last day to file and serve its response to the Complaint shall be extended from September 21, 2015 to October 23, 2015.

5. The extension is also being requested so that the Parties can discuss potential settlement of the matter.

6. This stipulated extension will not result in prejudice to any party and its impact on judicial proceedings is not expected to be significant.

IT IS SO STIPULATED.

DATED this 18th day of September, 2015

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

/s/ Gary E. Schnitzer, Esq.
GARY E. SCHNITZER, ESQ.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 362-6666
gschnitzer@ksjattorneys.com
*Attorneys for Defendant, Green Tree Services, LLC now known as Ditech Financial LLC*

HAINES & KRIEGER

/s/ David Krieger
DAVID KRIEGER, ESQ.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorneys for Plaintiff, Fidel Diaz*

**ORDER**

IT IS SO ORDERED.

DATED: September 21, 2015

_____
United States Magistrate Judge

2