David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| Fidel Diaz, | Case No. 2:15-cv-01648-APG-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO GREEN TREE SERVICES, LLC ONLY** |
| GREEN TREE SERVICES, LLC, CAPITAL ONE BANK, NATIONAL ASSOCIATION, AND EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff Fidel Diaz and Green Tree Servicing, LLC ("Green Tree") hereby stipulate and agree that the above-entitled action shall be dismissed without

…

…

…

…

…

…

Page **1** of **2**

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Green Tree**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: February 19, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Gary E. Schnitzer, Esq. |
| David H. Krieger, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 9086 | Kravitz, Schnitzer & Johnson, Chtd. |
| HAINES & KRIEGER, LLC | *Attorney for Defendant* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: February 19, 2016